COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Chikevia Rena Roberts v. The State of Texas

Appellate case number:   01-12-00723-CR
                         01-12-00724-CR
                         01-12-00725-CR

Trial court case number: 1305295, 1305843, & 1305927

Trial court:             337th District Court of Harris County

       Appellant's motion for a 10-day extension to file compliant motions to withdraw is GRANTED to enable counsel to confer with appellant as required. Texas Rule of Appellate Procedure 9.2(b), the mailbox rule, is **suspended** and does not apply to this deadline. Counsel is notified that if fully compliant motions are not filed in this Court by June 10, 2013, the appeal will be abated to the trial court for the hearing described in this Court's May 21, 2013 order.

       It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
       ☑ Acting individually    ☐ Acting for the Court

Date: June 4, 2013